```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  09-14255-CIV-GRAHAM
                              MAGISTRATE P. A. WHITE
```

RAYMOND THOMAS,                 :

    Plaintiff,              :

v.                              :         REPORT OF
                                                     MAGISTRATE JUDGE

DEFENDANT PIENIOZEK, et al,     :

    Defendants.             :
_____

      This Cause is before the Court upon the pro-se plaintiff's request to amend his complaint (DE#51). The plaintiff wishes to add a John Doe described as Dallas, a white male with dark brown hair weighing about 230 pounds, a Sgt. John Doe, white male, weighing about 270 pounds, brown hair, and about 6'1 with glasses, and a John Joe c/o officer with dark brown hair, weighing about 195 pounds, and about five feet eleven inches tall.

      The Court understands that it is difficult for the pro-se plaintiff to discover the names of defendants related to his complaint. However, the Court cannot be expected to send a US Marshal at government expense to Okeechobee Correctional to search out these defendants with these descriptions. The plaintiff must understand that if a defendant is served upon this sparse information he must obtain an attorney to defend himself.

      It is therefore recommended that the plaintiff's request for leave to amend his complaint (DE#51) be denied without prejudice so that the plaintiff may attempt to provide the Court with more specific information.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 24th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Raymond Thomas, Pro Se
DC #126007
Charlotte CI
Address of record

M. Stinson, Esq.
Attorney of record