UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14255-CIV-GRAHAM/WHITE

RAYMOND THOMAS,

    Plaintiff,

vs.

DEFENDANT PIENIOZEK, et al.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon _pro se_ Petitioner's request to amend his complaint [D.E. 15].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White [D.E. 2]. On June 25, 2010, a Report was issued by the Magistrate Judge recommending that Petitioner's Motion be denied without prejudice so that the Petitioner may attempt to provide the Court with more specific information [D.E. 52]. The Petitioner filed Objections to the Magistrate's Report [D.E. 53 and 54].

**THE COURT** has conducted a _de novo_ review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report recommending that Petitioner's Motion be denied [D.E. 52] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of July 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
　　Raymond Thomas, pro se