UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-14255-CIV-GRAHAM/WHITE

RAYMOND THOMAS

    Plaintiff,

vs.

SGT. K. PIENIOZEK, et al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant Durrance's and Vidal's motion for summary judgment [D.E. 69].

**THE MATTER** was assigned to the Honorable United States Magistrate Judge Patrick A. White. The Magistrate Judge issued a Report [D.E. 94] recommending that Defendant Durrance's and Vidal's motion for summary judgment be denied. The Magistrate Judge also recommended that Defendant Piezionek be dismissed for lack of service. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 94] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's claim against Defendant Piezionek is **DISMISSED**. It is further

**ORDERED AND ADJUDGED** that Defendant Durrance's and Vidal's motion for summary judgment [D.E. 69] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of February, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Raymond Thomas, pro se
    All Counsel of Record