### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. 09-14255-CIV-GRAHAM/GOODMAN

RAYMOND THOMAS,

    Plaintiff,

v.

DEFENDANT PIENIOZEK, et al.,

    Defendants.

_____/

**PRELIMINARY ORDER ON REFERRAL FOR SETTLEMENT CONFERENCE**

THIS CAUSE is before the Undersigned on the District Court's Order of Reference for Settlement Conference. (DE# 136.) The Undersigned will issue a separate order setting the date and time of the settlement conference. The purpose of this preliminary order is to inform the parties of the Undersigned's settlement conference procedures.

As per the District Court's reference order, all counsel of record and a representative of each party are required to attend. The authorized representative must have <u>full authorization</u> to negotiate, submit, and accept offers of settlement. Given the circumstances of this case, the standard mediation attendance rules will not apply. Therefore, an authorized representative may be a party or counsel of record. The actual parties to the case are not necessarily required to appear at the settlement conference.

Specifically, counsel of record may serve as a party's authorized representative provided that counsel has discussed fully with his client and received authorization to compromise on all reasonably expected settlement

1

contingencies. These include, but are not limited to, the amount of damages, payment schedules, non-disparagement and nondisclosure clauses, and equitable relief.

This case involves the added nuance of an incarcerated party. The Court's general practice is to allow incarcerated parties to appear at a settlement conference by phone and/or to be available by phone. However, it is *solely* the responsibility of these parties and their counsel to make arrangements for incarcerated parties to appear by telephone. If an incarcerated party wishes to take advantage of this option and is able to make the appropriate arrangements with the prison facility, then his counsel must contact the Undersigned's Court Room Deputy Michael Santorufo by phone at 305-523-5720 no later than noon the day before the settlement conference. The Court will not become involved in the logistics of making these arrangements and will not issue orders to the Department of Corrections about providing telephone access.

Finally, the Undersigned finds it useful for each party to prepare a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support or legal defenses. The parties should also include any other details not specifically listed in this order but that either party believes is important to a potential settlement of this case. This statement will be **confidential** and will only be read by the Undersigned and/or the law clerk working on the file. To that end, the parties will be required to email a copy to the Undersigned's e-file inbox at

goodman@flsd.uscourts.gov no later than two days before the settlement conference.

The Court prefers to schedule mediation for a date convenient to the parties. To that end, the Court's staff will be in touch with counsel to coordinate the scheduling.

**DONE and ORDERED**, in Chambers, in Miami, Florida, this 25th day of August, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

The Honorable Donald Graham

All counsel of record